UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BLANCA ESTRADA                                                          CIVIL ACTION

VERSUS                                                                        NO. 06-1424

AIG PROPERTY & CASUALTY                                        SECTION "F" (2)
COMPANY ET AL.

### ORDER ON MOTIONS

APPEARANCES:   None (on the briefs)

MOTIONS:   (1)   Defendant's Motion for Expedited Hearing of Motion to Quash, Record Doc. No. 71
           (2)   Defendant's Motion to Quash 30(b)(6) Deposition of Sanitors Services, Inc. and Notice of Records Deposition, Record Doc. No. 70

O R D E R E D:

 (1), (2)  : DISMISSED AS MOOT.  Counsel for movant has advised the court that the parties have resolved their discovery dispute.  Accordingly, the motions are moot.

New Orleans, Louisiana, this   9th   day of April, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE